1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5
6
7

EDWARD BLAKE SMITH,

8                           Petitioner,

9        v.                                              C20-6240 TSZ

10   STATE OF WASHINGTON; and                            ORDER
     JEFFREY A. UTTECHT,
11
                              Respondents.
12

13        THIS MATTER comes before the Court on the Report and Recommendation,

14   docket no. 11, of the Honorable J. Richard Creatura.  Having reviewed the Report and

15   Recommendation, to which no objection was filed, Petitioner Edward Blake Smith's

16   petition for a writ of habeas corpus brought under 28 U.S.C. § 2254 (docket no. 3), the

17   motion to compel for information or show cause (docket no. 4), the motion for vicarious

18   exhaustion (docket no. 5), and the remaining record, the Court enters the following

19   Order:

20        (1)    The Court ADOPTS in full the unopposed Report and Recommendation,

21   docket no. 11;

22
23

ORDER - 1

1    (2)    Petitioner's motion to compel for information, docket no. 4, and his motion

2    for vicarious exhaustion, docket no. 5, are DENIED;

3    (3)    Petitioner's federal habeas petition, docket no. 3, and this action, are

4    DISMISSED with prejudice;

5    (4)    A certificate of appealability is DENIED in this case; and

6    (5)    The Clerk is directed to send a copy of this Order to Petitioner, who is pro

7    se, all counsel of record, and the Honorable J. Richard Creatura.

8    IT IS SO ORDERED.

9    Dated this 27th day of April, 2021.

Thomas S. Zilly
United States District Judge

ORDER - 2